UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

WILLIAM HALEY, et al.,

Plaintiffs,

v.

GOOGLE LLC,

Defendant.

Case No. 26-cv-06482-VKD

**ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED**

On August 31, 2026, the Court issued an order that, among other things, screened Mr. Haley's complaint, stayed service of process, denied his request to proceed by his initials, and gave him leave to file an amended complaint by November 6, 2026. Dkt. No. 7. The order stated that if Mr. Haley "fails to file an amended complaint in time, or if the amended complaint fails to address defects described in this order, the Court may issue an order reassigning the case to a district judge with a recommendation that the complaint be dismissed in whole or in part." *Id*. at 1, 8.

The November 6, 2026 deadline has passed, and the docket indicates that Mr. Haley has not filed an amended complaint.

The Court possesses the inherent power to dismiss an action sua sponte "to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co*., 370 U.S. 626, 629-33 (1962). By **December 1, 2026**, Mr. Haley shall file a written response to this order explaining why this action should not be dismissed for his failure to prosecute this case. If Mr. Haley does not respond to this order by the December 1, 2026 deadline, the Court will issue an order reassigning this action to a district judge with a recommendation that the complaint be dismissed

United States District Court
Northern District of California

United States District Court
Northern District of California

without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: November 16, 2026

Virginia K. DeMarchi
VIRGINIA K. DEMARCHI
United States Magistrate Judge